IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2279 -AP

FLORENCE MARONEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Francis K. Culkin
3801 E. Florida Avenue, Suite 400
Denver, CO 80210
fculkinesq@aol.com

For Defendant:

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed:     August 23, 2013

    B.    Date Complaint Was Served on U.S. Attorney's Office: September 4, 2013

    C.    Date Answer and Administrative Record Were Filed:   November 1, 2013

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

### 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is on appeal from a decision issued on remand from this Court. The remand was ordered by Judge William J. Martinez in an Decision dated November 19, 2012. Judge Martinez's Order was issued in *Maroney v. Astrue*, Civil Action No. 11-CV-03082 WJM.

### 8. BRIEFING SCHEDULE

    Plaintiff's Counsel will be out of the office on January 6, 2014 the date on which Plaintiff's Opening brief would normally be due. Plaintiff therefore requests that all briefs become due ten (10) days later than the presumptive dates for filing briefs in administrative appeals. The proposed dates are set forth below. Defense counsel Stephanie Lynn F. Kiley has no objection to the proposed change in the presumptive briefing schedule.

    A.    Plaintiff's Opening Brief Due:     January 16, 2014

    B.    Defendant's Response Brief Due:     February 18, 2014

    C.    Plaintiff's Reply Brief (If Any) Due:     March 5, 2014

### 9. STATEMENTS REGARDING ORAL ARGUMENT

      **A.**    **Plaintiff's Statement:** Plaintiff requests oral argument due to the complex nature of this matter. As indicated above, this matter has previously been appealed and remanded by this court.

      **B.**    **Defendant's Statement:** Defendant does not request oral argument

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*<u>Indicate below the parties' consent choice</u>*.

      **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 22nd day of November, 2013.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| */s/ Francis K. Culkin* | */s/ Stephanie Lynn F. Kiley* |
| Francis K. Culkin | By: Stephanie Lynn F. Kiley |
| 3801 E. Florida Ave., Suite 400 | Special Assistant U.S. Attorney |
| Denver, Colorado 80210 | 1961 Stout Street, 4169 |
| | Denver, Colorado 80294-4003 |
| fculkinesq@aol.com | stephanie.kiley@ssa.gov |
| Attorney for Plaintiff | Attorney for Defendant. |