**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02279-WJM

FLORENCE MARONEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Decision, entered by the Honorable William J. Martínez, United States District Judge, on September 25, 2014,

IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED. Final Judgment is entered in favor of Defendant. Each party shall bear her own attorney's fees and costs.

Dated at Denver, Colorado this  25th  day of September, 2014.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:  s/Deborah Hansen
                Deborah Hansen, Deputy Clerk